JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED LEE DAVIS,<br>　　　　Plaintiff,<br>　　v.<br>NANCY A. BERRYHILL,<br>　　　　Defendant. | CASE NO. 2:18-cv-06616-GW (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Action, **IT IS ADJUDGED** that the Complaint and this action are dismissed without prejudice.

DATED: October 17, 2018

_____
HON. GEORGE H. WU
U.S. DISTRICT JUDGE